**JAMES M. MAKASIAN (SBN 71791)**
**1327 "N" Street**
**Fresno, CA 93721**
**Telephone: (559) 442-4212 Fax: (559) 445-0328**

**STEVEN P. SIMONIAN, Jr. (SBN 082858)**
**1327 "N" Street**
**Fresno, CA 93721**
**Telephone: (559) 442-4212 Fax: (559) 445-0328**

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJINDER SINGH and BALWINDER SINGH SHARMA <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, SUSAN CURDA, District Director of The United States Citizenship Immigration Services, DON RIDING, Field Office Director of the Fresno Office of The United States Citizenship Immigration Services; McGREGOR W. SCOTT, Attorney General of the United States, Eastern District, ROBERT MUELLER, Director of The Federal Bureau of Investigations <br><br> Defendants. | CIVIL No. <br><br> COMPLAINT FOR RELIEF IN THE NATURE OF MANDAMUS <br><br> CIS No.: <br><br> HARJINDER SINGH #A77855572 <br><br> BALWINDER SINGH SHARMA #A95576918 |

Plaintiffs by their attorney, complaining of Defendants, alleges as follows:

1. Plaintiff, HARJINDER SINGH is a native of India and a citizen of India, who is the United States and who resides within the jurisdiction of this Court. Plaintiff,

1

BALWINDER SINGH SHARMA, is a native of India and a citizen of India, who is in the United States and who resides within the jurisdiction of this court.

2.     Defendant, MICHAEL CHERTOFF, is the Secretary of the Department of Homeland Security (DHS), EMILIO T. GONZALEZ, is the Director of the United States Citizenship and Immigration Services (USCIS) of the DHS, DAVID STILL is the District Director of the San Francisco District of the USCIS and Defendant, DON RIDING, is the Officer in Charge of the Fresno Office of the USCIS, and McGREGOR W. SCOTT, is the United States Attorney for the Eastern District of California and ROBERT MUELLER, Director of the Federal Bureau of Investigation.  All Defendants are sued herein in their official capacities.  Defendants are responsible for the grant and denial of naturalization applications filed within the Fresno District pursuant 8 USC § 1421, 8 USC § 1427, 8 CFR § 103.1 (g)(2)(ii), 8 CFR § 310.2 and 8 CFR § 316.3.  The Federal Bureau of Investigation has the mandatory duty to carry out background, security and identification checks.

3.     The Court has jurisdiction of this action pursuant to 28 USC 1331, 28 USC 1361, 28 USC 1651 and 5 USC 701 et seq., and relief is requested pursuant to said statutes and 28 USC 2201.

4.      Plaintiff, HARJINDER SINGH filed an application for adjustment of status to permanent resident under 8 USC 1255 with the Fresno Office of USCIS on or about September 28, 2005.  Plaintiff BALWINDER SINGH SHARMA filed an application for adjustment of status to permanent resident under 8 USC 1255 with the Fresno Office of USCIS on or about January 1, 2007.

5.     Thereafter, the Plaintiffs and their counsel on the application made numerous inquires of Defendant, Don Riding and his agents as to the status of Plaintiff's application.

6.     It has been over 36 months since the filing of the application, there has been no satisfactory response to Plaintiff's and counsel's inquires.  It has been over 22 months

since Plaintiff BALWINDER SINGH SHARMA filed the application and there has been no satisfactory response to Plaintiff or his counsels inquires.

7. Plaintiff has exhausted his administrative remedies.

8. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not is accordance with the law and regulation, and in violation of their mandatory duty.

9. Defendants have effectively denied the Plaintiff the opportunity to become a lawful permanent resident of the United States.

10. Plaintiff has been greatly damaged by Defendants failure to act in accordance with their duties under the law and regulations.

11. Defendants, in violation of the law and regulations, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative and administrative functions delegated to them by law with regard to Plaintiff's case.

///

///

///

///

WHEREFORE, Plaintiffs' pray that:

1. That the Defendants ordered to adjudicate Plaintiff's application for adjustment of status without delay; and

2. That the Court award Plaintiffs reasonable attorney's fees, and

3. That the Court award such other and further relief as to this Court may seem reasonable and proper.

Dated:   October 21, 2008             /s/ JAMES M. MAKASIAN
                                       JAMES M. MAKASIAN
                                       STEVEN P. SIMONIAN, Jr.
                                       Attorneys for Plaintiff