McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARJINDER SINGH; BALWINDER SINGH SHARMA,<br><br>   Plaintiffs,<br><br>   v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>   Defendants. | No. 1:08-cv-01704 LJO SMS<br><br>JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

   This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their application for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until March 16, 2009.

Dated: January 6, 2009

                                    McGREGOR W. SCOTT
                                    United States Attorney


                    By:   /s/Audrey Hemesath
                          Audrey B. Hemesath
                          Assistant U.S. Attorney
                          Attorneys for the Defendants


                    By:   /s/ James M. Makasian
                          James M. Maksian

-1-

1 Attorney for the Plaintiffs

2

3

4

## ORDER

5

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to March 15, 2009.

6

7

8

9

10  IT IS SO ORDERED.

11  **Dated:   January 21, 2009**              **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28