McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARJINDER SINGH; BALWINDER SINGH SHARMA,<br><br>　　Plaintiffs,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>　　Defendants. | No. 1: 08-cv-01704 LJO SMS<br><br>JOINT STIPULATION RE: SECOND EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER<br><br>SCHEDULING CONFERENCE HEARING:<br>Old Date: 4/29/2009<br>NEW DATED: June 22, 2009<br>TIME: 9:30 a.m.<br>Before: Judge Snyder |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their application for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The parties previously stipulated to one extension of time, through March 13, 2009, for the filing of the government's answer. Interviews have been scheduled for both applicants since the filing of the first extension request, but have not yet been completed. It is anticipated that adjudication will shortly follow the interviews. Accordingly, the parties stipulate to a second extension of time in which to file the government's answer to the complaint, until May 13, 2009.

Dated: March 11, 2009

　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　By:　/s/Audrey Hemesath
　　　　　　　　　　　　　　　　Audrey B. Hemesath
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

-1-

Attorneys for the Defendants

By: /s/ James M. Makasian
James M. Maksian
Attorney for the Plaintiffs

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to May 13, 2009.

IT IS SO ORDERED.

IT IS FURTHERED ORDERED THAT the Scheduling Conference hearing date is continued from April 29, 2009 to June 22, 2009 at 9:30a.m. in Courtroom #7 before Judge Snyder.

DATED: March 12, 2009            /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE