LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJINDER SINGH; BALWINDER SINGH SHARMA<br><br>Plaintiffs,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>Defendants. | Case No. 1:08-cv-01704 LJO SMS<br><br>JOINT STIPULATION RE: THIRD EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER<br><br>SCHEDULING CONFERENCE<br>Old Date: June 22, 2009<br>NEW DATE: AUGUST 10, 2009<br>TIME: 10:00 a.m.<br>BEFORE: Judge Snyder, Courtroom #7 |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their application for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The parties previously stipulated to two extensions of time, through May 13, 2009, for the filing of the government's answer. As of the time of filing of the last extension request, interviews had been scheduled for both applicants had not yet been completed. Since that filing, the interviews have been completed, and both alien files routed back to the Fresno office of CIS for adjudication of the applications. The files are currently in transit. Upon receipt of the files, CIS Fresno will adjudicate the applications. Accordingly, the parties stipulate to a third extension of time, of 45 days, in which to file the government's answer to the complaint, until June 26, 2009.

Dated: May 11, 2009

                                  LAWRENCE G. BROWN
                                Acting United States Attorney

-1-

|   |   |
|---|---|
| By: | /s/Audrey Hemesath |
|  | Audrey B. Hemesath |
|  | Assistant U.S. Attorney |
|  | Attorneys for the Defendants |

|   |   |
|---|---|
| By: | /s/ James M. Makasian |
|  | James M. Maksian |
|  | Attorney for the Plaintiffs |

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to June 26, 2009.

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT the Scheduling Conference hearing date of June 22, 2009 is continued to AUGUST 10, 2009 at 10:00a.m. before Judge Snyder in Courtroom #7.

DATED: May 15, 2009                /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE