LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJINDER SINGH; BALWINDER SINGH SHARMA,<br><br>   Plaintiffs,<br><br>   v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>   Defendants. | No. CV F 08-cv-F-1704 LJO SMS<br><br>STIPULATION RE: DISMISSAL AND ORDER |

   This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their application for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The parties advise that as of the time of this filing, the applications have now been adjudicated. Accordingly, the parties stipulate to dismissal as moot.

Dated: June 23, 2009

                              LAWRENCE G. BROWN
                              Acting United States Attorney


                    By:   /s/Audrey Hemesath
                          Audrey B. Hemesath
                          Assistant U.S. Attorney
                          Attorneys for the Defendants


                    By:   /s/ James M. Makasian
                          James M. Maksian
                          Attorney for the Plaintiffs

-1-

1
2
3
4                                               <u>ORDER</u>
5    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
6    ORDERED that the matter is dismissed in its entirety.  The clerk is directed to close the action.
7
8
9
10
11   IT IS SO ORDERED.
12   **Dated:     June 25, 2009**                    <u>        /s/ Lawrence J. O'Neill        </u>
                                                         UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28